# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2016

## NO. 03-16-00048-CR

**Ex parte Barlow Smith**

**APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.